| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:22-CR-20120-ALTMAN(1) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | B-26-198 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Florida | Miami |
| | **NAME OF SENTENCING JUDGE** | |
| Alain Guerra-Padron | The Honorable Roy K Altman, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/31/2023 | TO 05/30/2026 |

**OFFENSE**

Count One: False Statement In Passport Application, 18 U.S.C. § 1542, a Class C Felony

Count Two: Making a False Claim to United States Citizenship, 18 U.S.C. § 1015(e), a Class D Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
recently arrested in the SD/TX for False Claim to Citizenship, contrary to 18 U.S.C. 911, Case Number B:26-089 MJ.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     SOUTHERN     DISTRICT OF     FLORIDA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Southern District of Texas     upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 1-26-26 | |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     Southern     DISTRICT OF     Texas

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 2/23/2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |
| | **Rolando Olvera** |

BNDDUTY,CLOSED,INTERPRETER,LMR

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: <u>1:22-cr-20120-RKA-1</u>

Case title: USA v. Guerra-Padron

Date Filed: 03/29/2022

Date Terminated: 05/31/2023

Assigned to: Judge Roy K. Altman

### Defendant (1)

**Alain Guerra-Padron**
07553-506
*YOB: 1977; Spanish*
*TERMINATED: 05/31/2023*

represented by **Elizabeth Blair**
Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, FL 33130
305-530-7000
Email: <u>Elizabeth_Blair@fd.org</u>
*TERMINATED: 08/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Kathleen Elena Handlin Taylor**
Federal Public Defender's Office
150 West Flagler Street, Suite 1700
Miami, FL 33130
305-530-7000
Fax: 536-4559
Email: <u>kate_taylor@fd.org</u>
*TERMINATED: 01/20/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Zena Xiamara Duncan**
Law Office of Zena X. Duncan, P.A.
4300 Biscayne Blvd.,
Suite 203
Miami, FL 33137
305-754-5011
Fax: 305-754-5012
Email: <u>zxduncan@hotmail.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Noticing FPD-MIA**
305-530-7000

1

Email: MIA_ECF@FD.org
*TERMINATED: 06/27/2022*
*Designation: Public Defender Appointment*

**Lauren Field Krasnoff**
Federal Public Defenders Office
150 West Flagler Street, Suite 1700
Miami, FL 33130
305-530-7000
Email: lkrasnoff@markuslaw.com
*TERMINATED: 01/20/2023*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |
| FALSE STATEMENT IN THE APPLICATION FOR A PASSPORT 18:1542.F (1) | IMPRISONMENT: 12 Months and 1 Day. Followed by SUPERVISED RELEASE: 3 Years. |
| MAKING A FALSE CLAIM TO UNITED STATES CITIZENSHIP 18:1015.F (2) | IMPRISONMENT: 12 Months and 1 Day (Concurrent with Count 1). Followed by SUPERVISED RELEASE: 3 Years (Concurrent with Count 1). |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
| --- | --- |
| None | |

---

**Plaintiff**

| USA | represented by | **Michael Augustin** DOJ-USAO 99 NE 4th St. Miami, FL 33132 305-961-9377 Email: michael.augustin@usdoj.gov *TERMINATED: 05/03/2023* |
| --- | --- | --- |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Hayden Patrick O'Byrne**
United States Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2211
305.961.9447
Email: hayden.obyrne@usdoj.gov
*TERMINATED: 05/03/2023*
*ATTORNEY TO BE NOTICED*

**Katherine Guthrie**
US Attorney's Office
Miami, FL 33131
Email: katherine.guthrie@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Peter A. Laserna**
DOJ-USAO
99 N.E. 4th Street
Miami, FL 33132
305-961-9030
Email: peter.laserna@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2022 | 1 | INDICTMENT and FORFEITURE as to Alain Guerra-Padron (1) count(s) 1, 2. (mdc) (Additional attachment(s) added on 3/29/2022: # 1 Restricted Unredacted Indictment) (mdc). (Entered: 03/29/2022) |
| 03/29/2022 | | SYSTEM ENTRY – Docket Entry 2 restricted/sealed until further notice. (mdc) (Entered: 03/29/2022) |
| 04/12/2022 | 3 | NOTICE OF ATTORNEY APPEARANCE Peter A. Laserna appearing for USA. *as to Forfeiture.* Attorney Peter A. Laserna added to party USA(pty:pla). (Laserna, Peter) (Entered: 04/12/2022) |
| 04/29/2022 | 4 | NOTICE to Transfer to Fugitive Status as to Alain Guerra-Padron (ch1) (Entered: 04/29/2022) |
| 06/21/2022 | 5 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance as to Alain Guerra-Padron held on 6/21/2022. Date of Location Custody (Arrest or Surrender): 6/17/2022.. Defendant sworn and consents to appear via VTC. Arraignment and Detention Hearing set for 6/23/2022 and 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: Noticing FPD-MIA for Alain Guerra-Padron (Digital JG_01_06-21-2022/ Zoom (1:37pm; 1:47pm))<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all |

3

| | | |
|---|---|---|
| | | exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jonathan Goodman on 6/21/2022. (jbs) (Entered: 06/22/2022) |
| 06/22/2022 | 6 | Invocation of Right to Silence and Counsel by Alain Guerra–Padron (Jayanthi, Srilekha) (Entered: 06/22/2022) |
| 06/23/2022 | 7 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Status Conference Re: Arraignment and Pretrial Detention Hearing as to Alain Guerra–Padron held on 6/23/2022. All Matters Reset. Arraignment and Pretrial Detention Hearing set for 6/24/2022 at 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. (Digital 10:23:10; 10:24:44; 13:56:37) Signed by Magistrate Judge Jonathan Goodman on 6/23/2022. (jbs) (Entered: 06/24/2022) |
| 06/24/2022 | 8 | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Status Conference Re: Pretrial Detention Hearing as to Alain Guerra–Padron held on 6/24/2022. Bond Set: STIPULATED $100,000 personal surety – NO HEARING HELD. **ARRAIGNMENT** Counts 1,2 held on 6/24/2022. Spanish Interpreter present. (Digital 10:19:00)

It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Jonathan Goodman on 6/24/2022. (mdc) (Entered: 06/27/2022) |
| 06/24/2022 | 10 | |

4

| | | |
|---|---|---|
| | | $100K PSB Bond Entered as to Alain Guerra–Padron Approved by Magistrate Judge Jonathan Goodman. *Please see bond image for conditions of release.* (dgj) (Additional attachment(s) added on 6/27/2022: # 1 Restricted Bond with 7th Page) (dgj). (Entered: 06/27/2022) |
| 06/27/2022 | 9 | Notice of Assignment of Assistant Federal Public Defender as to Alain Guerra–Padron. Attorney Elizabeth Blair added. Attorney Noticing FPD–MIA terminated.. Attorney Elizabeth Blair added to party Alain Guerra–Padron(pty:dft). (Blair, Elizabeth) (Entered: 06/27/2022) |
| 06/29/2022 | | SYSTEM ENTRY – Docket Entry 11 restricted/sealed until further notice. (fbn) (Entered: 06/29/2022) |
| 06/29/2022 | | Set/Reset Deadlines/Hearings as to Alain Guerra–Padron: Show Cause Hearing re: Pretrial Release set for 6/30/2022 at 10:00 AM in the Miami Division before MIA Duty Magistrate. (fbn) (Entered: 06/29/2022) |
| 06/30/2022 | 13 | Minute Entry for proceedings held before Magistrate Judge Alicia M. Otazo–Reyes: Show Cause Hearing as to Alain Guerra–Padron held on 6/30/2022, ( Show Cause Hearing set for 7/6/2022 10:00 AM in Miami Division before MIA Duty Magistrate.). Spanish Interpreter present. (Digital 10:16:48) (dgj) (Entered: 07/05/2022) |
| 07/01/2022 | | Set/Reset Hearings as to Alain Guerra–Padron: Continued Show Cause Hearing set for 7/6/2022 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 07/01/2022) |
| 07/01/2022 | 12 | TRIAL ORDER as to Alain Guerra–Padron, ( In Limine Motions due by 8/2/2022., Motions due by 8/2/2022., Plea Agreement due by 8/9/2022., Calendar Call set for 8/9/2022 01:30 PM in Miami Division before Judge Roy K. Altman., Jury Trial set for 8/15/2022 in Miami Division before Judge Roy K. Altman.). Signed by Judge Roy K. Altman on 7/1/2022. *See attached document for full details.* (ls) (Entered: 07/05/2022) |
| 07/05/2022 | 14 | ORDER granting Motion to Modify Conditions of Pretrial Release. Signed by Magistrate Judge Alicia M. Otazo–Reyes on 7/5/2022. *See attached document for full details.* (sl) (Entered: 07/05/2022) |
| 07/06/2022 | 15 | Minute Entry for proceedings held before Magistrate Judge Chris M. McAliley: Show Cause Hearing as to Alain Guerra–Padron held on 7/6/2022, ( Status Conference re Show Cause set for 7/20/2022 10:00 AM in Miami Division before MIA Duty Magistrate.). See PDF for details. Spanish Interpreter present. (Digital 11:06:12) (dgj) (Entered: 07/07/2022) |
| 07/19/2022 | | Terminate Deadlines and Hearings re: Status Conference as to Alain Guerra–Padron. (fbn) (Entered: 07/19/2022) |
| 08/02/2022 | 16 | Unopposed MOTION to Continue Trial *and Extend Pretrial Motions and Plea Deadlines* by Alain Guerra–Padron. Responses due by 8/16/2022 (Attachments: # 1 Text of Proposed Order)(Blair, Elizabeth) (Entered: 08/02/2022) |
| 08/02/2022 | 17 | TRIAL ORDER granting 16 Unopposed Motion to Continue Trial as to Alain Guerra–Padron (1). In Limine Motions due by 9/13/2022. Motions due by 9/13/2022. Plea Agreement due by 9/20/2022. Calendar Call set for 9/20/2022 01:30 PM in Miami Division before Judge Roy K. Altman. Jury Trial set for 9/26/2022 in Miami Division before Judge Roy K. Altman. Signed by Judge Roy K. Altman on 8/2/2022. *See attached document for full details.* (ls) (Entered: 08/03/2022) |

5

| 08/16/2022 | 18 | NOTICE of Reassignment of Assistant Federal Public Defender. Kathleen Elena Handlin Taylor appearing for Alain Guerra–Padron. Elizabeth Blair terminated. Attorney Kathleen Elena Handlin Taylor added to party Alain Guerra–Padron(pty:dft). (Taylor, Kathleen) (Entered: 08/16/2022) |
|---|---|---|
| 09/13/2022 | 19 | Second MOTION to Continue Trial *and Extend Pretrial Motions and Plea Deadlines (Unopposed)* by Alain Guerra–Padron. Responses due by 9/27/2022 (Taylor, Kathleen) (Entered: 09/13/2022) |
| 09/18/2022 | | Terminate Calendar Call set for 9/20/22 as to Alain Guerra–Padron. (Order continuing trial to follow). (tas) (Entered: 09/18/2022) |
| 09/19/2022 | 20 | TRIAL ORDER as to Alain Guerra–Padron. Time excluded from 9/13/2022 until 12/5/2022; granting 19 Second MOTION to Continue Trial *and Extend Pretrial Motions and Plea Deadlines (Unopposed)*. (In Limine Motions due by 11/21/2022., Motions due by 11/21/2022., Plea Agreement due by 11/29/2022., Calendar Call set for 11/29/2022 01:30 PM in Miami Division before Judge Roy K. Altman., Jury Trial set for 12/5/2022 in Miami Division before Judge Roy K. Altman.). – Motions terminated: 19 Second MOTION to Continue Trial *and Extend Pretrial Motions and Plea Deadlines (Unopposed)* filed by Alain Guerra–Padron. Signed by Judge Roy K. Altman on 9/19/2022. *See attached document for full details.* (jas) (Entered: 09/20/2022) |
| 10/15/2022 | 21 | PAPERLESS NOTICE. The Defendant Alain Guerra Padron submitted the attached letter to the Court via email. We've disregarded this improper *pro se* submission since the Defendant is represented by counsel. (mg01) (Entered: 10/15/2022) |
| 10/26/2022 | | SYSTEM ENTRY – Docket Entry 22 restricted/sealed until further notice. (jao) (Entered: 10/26/2022) |
| 10/26/2022 | | SYSTEM ENTRY – Docket Entry 23 restricted/sealed until further notice. (jao) (Entered: 10/26/2022) |
| 11/28/2022 | 24 | MOTION to Continue Trial *Due to Unavailable Witnesses* by USA as to Alain Guerra–Padron. Responses due by 12/12/2022 (Attachments: # 1 Text of Proposed Order)(Augustin, Michael) (Entered: 11/28/2022) |
| 11/29/2022 | 25 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: The Court grants in part and denies in part ECF No. 24 the Government's Motion for a 30 day continuance of trial. (Speedy trial runs on 1/12/2023). Calendar Call as to Alain Guerra–Padron held on 11/29/2022. Jury Selection set for 12/14/2022 at 9:30 AM in Miami Division, Courtroom 12–4 before Judge Roy K. Altman. (45 jurors ordered) Jury Trial Day 1 set for 12/15/2022 at 11:00 AM in Miami Division, Courtroom 12–4 before Judge Roy K. Altman. The parties shall submit the following by 12/6/2022: exhibit and witness List, joint proposed jury instructions and verdict form to be filed on CM/ECF and in Word format emailed to chambers at Altman@flsd.uscourts.gov. (Trial Order to follow) Spanish Interpreter present and will be needed for trial. (trial estimated 12/14/22 through 12/16/22).Total time in court: 1 hour. Attorney Appearance(s): Michael Augustin, Kathleen Elena Handlin Taylor. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com.<br><br>NOTICE OF POLICY RE ELECTRONIC SUBMISSION OF EXHIBITS. Local Rule 5.3 provides that within ten (10) days of the conclusion of a hearing or trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, |

| | | |
|---|---|---|
| | | or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, the Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Court's website: http://www.flsd.uscourts.gov. (tas) (Entered: 11/29/2022) |
| 11/30/2022 | 26 | TRIAL ORDER – Ends of Justice as to Alain Guerra–Padron Time excluded from 11/28/2022 until 12/14/2022. Re: 24 MOTION to Continue Trial *Due to Unavailable Witnesses.* ( Plea Agreement due by 12/12/2022., Jury Trial set for 12/14/2022 09:30 AM in Miami Division before Judge Roy K. Altman.). – Motions terminated: 24 MOTION to Continue Trial *Due to Unavailable Witnesses* filed by USA. Signed by Judge Roy K. Altman on 11/30/2022. *See attached document for full details.* (drz) Modified signature date on 12/1/2022 (drz). (Entered: 12/01/2022) |
| 12/01/2022 | 27 | NOTICE OF ATTORNEY APPEARANCE: Lauren Field Krasnoff appearing for Alain Guerra–Padron . Attorney Lauren Field Krasnoff added to party Alain Guerra–Padron(pty:dft). (Krasnoff, Lauren) (Entered: 12/01/2022) |
| 12/01/2022 | 28 | NOTICE OF ATTORNEY APPEARANCE Hayden Patrick O'Byrne appearing for USA. . Attorney Hayden Patrick O'Byrne added to party USA(pty:pla). (O'Byrne, Hayden) (Entered: 12/01/2022) |
| 12/06/2022 | 29 | NOTICE OF ATTORNEY APPEARANCE Katherine Guthrie appearing for USA. . Attorney Katherine Guthrie added to party USA(pty:pla). (Guthrie, Katherine) (Entered: 12/06/2022) |
| 12/06/2022 | | SYSTEM ENTRY – Docket Entry 30 restricted/sealed until further notice. (kpe) (Entered: 12/06/2022) |
| 12/06/2022 | | SYSTEM ENTRY – Docket Entry 31 restricted/sealed until further notice. (kpe) (Entered: 12/06/2022) |
| 12/06/2022 | 32 | EXHIBIT and WITNESS LIST by USA as to Alain Guerra–Padron (O'Byrne, Hayden) (Entered: 12/06/2022) |
| 12/06/2022 | 33 | NOTICE *of Objections* by Alain Guerra–Padron (Attachments: # 1 Exhibit) (Taylor, Kathleen) (Entered: 12/06/2022) |
| 12/07/2022 | 34 | PAPERLESS NOTICE OF HEARING as to Alain Guerra–Padron: Status Conference re: 32 EXHIBIT/WITNESS LIST and 33 NOTICE of Objections, set for 12/8/2022 at 02:00 PM in Miami Division, 400 N. Miami Ave., Courtroom 12–4 before Judge Roy K. Altman. (jao) (Entered: 12/07/2022) |
| 12/07/2022 | | SYSTEM ENTRY – Docket Entry 35 restricted/sealed until further notice. (amb) (Entered: 12/07/2022) |
| 12/08/2022 | 36 | Response *to Defendant's Objections to Government's Exhibit List* by USA as to Alain Guerra–Padron to 33 Notice (Other) (Guthrie, Katherine) (Entered: 12/08/2022) |
| 12/08/2022 | 37 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Status Conference re Exhibits/Witness list and Objections as to Alain Guerra–Padron held on 12/8/2022. Trial and Jury Selection is scheduled to begin on 12/14/2022 at 9:30 AM in |

| | | |
|---|---|---|
| | | Miami Division, 400 N. Miami Ave., Courtroom 12–4 before Judge Roy K. Altman, Order to Follow. Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Katherine Guthrie, Lauren Field Krasnoff, Kathleen Elena Handlin Taylor. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (jao) (Entered: 12/08/2022) |
| 12/09/2022 | 38 | EXHIBIT and WITNESS LIST by USA as to Alain Guerra–Padron (O'Byrne, Hayden) (Entered: 12/09/2022) |
| 12/13/2022 | 39 | EXHIBIT and WITNESS LIST by USA as to Alain Guerra–Padron (O'Byrne, Hayden) (Entered: 12/13/2022) |
| 12/14/2022 | 40 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Jury Selection/Voir Dire as to Alain Guerra–Padron held on 12/14/2022, Jury Trial Day 1 as to Alain Guerra–Padron held on 12/14/2022. Total time in court: 5 hour(s). Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Katherine Guthrie, Lauren Field Krasnoff, Kathleen Elena Handlin Taylor. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (tas) (Entered: 12/16/2022) |
| 12/15/2022 | 41 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Jury Trial Day 2 as to Alain Guerra–Padron held on 12/15/2022. The Court addresses and stays the pending pretrial warrant until further order by the Court. Preliminary Instructions given to the Jury. Opening statements given by both sides. The Governments presents their case. Jury Trial continued to 12/15/22 at 9:00 am. Total time in court: 9 hour(s). Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Katherine Guthrie, Lauren Field Krasnoff, Kathleen Elena Handlin Taylor. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 42 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Jury Trial Day 3 as to Alain Guerra–Padron held on 12/16/2022. The Government continues with their case and rest. Defense motion for a Judgment of Acquittal under Rule 29 as to counts 1 and 2 – Court Denies for the reasons stated on the record. The Defendant renews all previous motions and objections. Court preserves their rulings. The Court colloquies the Defendant. Defendant does not testify. The Defense rest and renews their motion for rule 29 JOA, Court Denies for the reasons stated on the record. Charge conference held. Closing arguments heard. Court instructs the jury. Alternates excused. Jury Deliberates. Jury Verdict reached. Jury Verdict published. The Court finds the defendant guilty as to counts 1 and 2. Jury Polled. Jury excused. The Court addresses the pending pretrial violation and warrant. The Defendant moves for the defendant to remain on bond pending sentencing. The Court denies the Defendant's request and remands the Defendant to the custody of the USM on the outstanding pretrial warrant. The Defendant shall remain In Custody pending sentencing. PSR Ordered. Sentencing set for 2/24/2023 at 1:30 pm in Miami, Courtroom 12–4. (Counsel may request to expedite the PSR and move the Sentencing up to January if all parties agree. Counsel to contact the CRD for that request). The parties shall file their exhibit list and witness list on CM/ECF. Total time in court: 9 hours. Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Katherine Guthrie, Lauren Field Krasnoff, Kathleen Elena Handlin Taylor. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 43 | CLERK'S Notice of Policy re Electronic Submission of Exhibit(s) sent to Defendant/Plaintiff as to Alain Guerra–Padron. |

| | | |
|---|---|---|
| | | Local Rule 5.3 provides that within ten (10) days of the conclusion of trial, a party must file in CM/ECF an electronic version of most exhibits offered or introduced into evidence. Before electronically filing, the filer must redact any sensitive, confidential, or private information in accordance with Fed. R. Civ. P. 5.2, Fed. R. Crim. P. 49.1, and CM/ECF Administrative Procedures, Section 6, or seek an order from the Court either to seal the exhibit or to exempt the exhibit from electronic filing under subsection (b)(3)(C) of the rule. Failure to electronically file exhibits and the Certificate of Compliance Re Admitted Evidence within ten (10) days may result in the imposition of sanctions. The Local Rule, the Certificate of Compliance Re Admitted Evidence, and the Quick Reference Guide to Electronically Filing Trial Exhibits can be found on the Courts website: http://www.flsd.uscourts.gov For retrieval information, please contact the Clerks Office – Records Section of the Wilkie D. Ferguson, Jr., U.S. Courthouse, 400 North Miami Avenue, Miami, FL 33128, (305) 523–5210. (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 44 | Final Jury Instructions as to Alain Guerra–Padron (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 45 | NOTICE of Filing Redacted Indictment (given to the jury during deliberations) (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 46 | Notice of filing redacted Jury Note (tas) (Additional attachment(s) added on 12/19/2022: # 1 Restricted Unredacted Jury Note) (tas). (Entered: 12/19/2022) |
| 12/16/2022 | 47 | REDACTED JURY VERDICT as to Alain Guerra–Padron Guilty on Count 1,2 (tas) (Additional attachment(s) added on 12/19/2022: # 1 Restricted Unredacted Jury Verdict) (tas). (Entered: 12/19/2022) |
| 12/16/2022 | 48 | RELEASE OF GOVERNMENT EXHIBITS as to Alain Guerra–Padron. Released to: Hayden Patrick O'Byrne, AUSA (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 49 | PAPERLESS NOTICE OF SENTENCING HEARING as to Alain Guerra–Padron. Sentencing set for 2/24/2023 at 1:30 PM in Miami Division, Courtroom 12–4 before Judge Roy K. Altman. (tas) (Entered: 12/19/2022) |
| 12/16/2022 | 50 | PAPERLESS ORDER SETTING DATE, TIME, AND PROCEDURES FOR THE SENTENCING HEARING of ALAIN GUERRA–PADRON.The Sentencing hearing is set for 2/24/2023 at 1:30 p.m., in the Miami Division, Courtroom 12–4, before the Honorable Judge Roy K. Altman. The Probation Office shall disclose the Draft PSR no later than 35 days prior to the sentencing hearing. The Court has set aside 30 minutes for this hearing. If any party believes the hearing will last longer than 30 minutes, that party should contact the courtroom deputy to arrange extra time. Counsel are reminded of their obligation to inform their clients that, if the sentence includes a period of incarceration, the Defendant will be remanded at the conclusion of the hearing. In other words, extended surrender will not be considered unless (1) a defendant is actively cooperating with the Government and (2) the Government joins in the request for an extension of the surrender date. THE COURT FURTHER ORDERS each party to file its objections, if any, to the PSR and any motions for sentencing departures or variances no later than 14 days after the disclosure of the Draft PSR. The non–moving party will then have 7 days to respond. The non–moving party must respond to each objection to the PSR, as well as to any motion for a variance or departure, even if the non–moving party plans to concede the objection, variance, or departure. The Probation Office shall disclose the Final PSR and Addendum no later than 7 days before the sentencing hearing. Any party that has previously filed an objection to the PSR shall, no later than 3 days before the |

| | | sentencing hearing, file a notice setting forth those previously filed objections, if any, that have been resolved and those that remain outstanding. During its preparation of the Recommendation page and Pre–sentence Report, the Probation Office shall contact the U.S. Attorneys Office to inquire about asset forfeiture. Signed by The Honorable Roy K. Altman. (tas) (Entered: 12/19/2022) |
|---|---|---|
| 12/21/2022 | 51 | Notice of Presentence Investigation Assignment of Alain Guerra–Padron to US Probation Officer Kira Harmeling in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at 3055235394 or Kira_Harmeling@flsp.uscourts.gov. (lm) (Entered: 12/21/2022) |
| 12/22/2022 | 52 | TRIAL EXHIBITS 1, 2, 3, 4, 5, 6, 7A, 7B, 8A, 8B, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 27, 28, 35 by USA as to Alain Guerra–Padron (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7A, # 8 Exhibit 7B, # 9 Exhibit 8A, # 10 Exhibit 8B, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 27, # 27 Exhibit 28, # 28 Exhibit 35)(O'Byrne, Hayden) (Entered: 12/22/2022) |
| 12/22/2022 | 53 | CERTIFICATE of Compliance Re Admitted Evidence for exhibit(s): 1, 2, 3, 4, 5, 6, 7A, 7B, 8A, 8B, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 27, 28, 35 as to Alain Guerra–Padron by Hayden Patrick O'Byrne (O'Byrne, Hayden) (Entered: 12/22/2022) |
| 01/17/2023 | | PAPERLESS NOTICE OF HEARING as to Alain Guerra–Padron: Status Conference set for 1/20/2023 01:30 PM in Miami Division before Judge Roy K. Altman. (ogn1) (Entered: 01/17/2023) |
| 01/20/2023 | 54 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Status Conference re Counsel as to Alain Guerra–Padron held on 1/20/2023, the Defendant's Ore Tenus Motion to Appoint New Counsel is GRANTED. The Court appoints Zena Xiamara Duncan for Alain Guerra–Padron for Criminal CJA representation. Attorney Kathleen Elena Handlin Taylor is relieved from any further responsibility from the case as to Alain Guerra–Padron. Defendant's Ore Tenus Motion to be released on bond until the date of Sentencing is DENIED. Total time in court: 14 minutes. Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Kathleen Elena Handlin Taylor. Court Appoints: Zena Xiamara Duncan for Alain Guerra–Padron for Criminal CJA representation. Date attorney was appointed CJA: 1/20/2023. Court Reporter: Dawn Savino, 305–523–5598 / Dawn_Savino@flsd.uscourts.gov. (jao) (Entered: 01/20/2023) |
| 01/23/2023 | 55 | DRAFT Disclosure of Presentence Investigation Report of Alain Guerra–Padron. This is a limited access document. Report access provided to attorneys Hayden Patrick O'Byrne, Katherine Guthrie, Peter A. Laserna, Michael Augustin, Zena Xiamara Duncan by USPO (Attachments: # 1 Position of Parties)(mcl1) (Entered: 01/23/2023) |
| 02/06/2023 | 56 | Defendant's MOTION to Continue Sentencing Hearing by Alain Guerra–Padron. Responses due by 2/21/2023 (Duncan, Zena) (Entered: 02/06/2023) |
| 02/09/2023 | 57 | ORDER granting 56 Motion to Continue Sentencing Hearing as to Alain Guerra–Padron (1). Sentencing set for 3/27/2023 11:00 AM in Miami Division before Judge Roy K. Altman. Signed by Judge Roy K. Altman on 2/7/2023. *See attached document for full details.* (drz) (Entered: 02/09/2023) |

| 02/16/2023 | 58 | Defendant's MOTION for Medical Exam by Alain Guerra–Padron. Responses due by 3/2/2023 (Duncan, Zena) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | 59 | PAPERLESS ORDER Requiring the Government to respond to ECF No. 58 the Defendant's Motion for Medical Exam by 02/19/2023. Signed by Judge Roy K. Altman on 2/16/2023. (jao). (Entered: 02/16/2023) |
| 02/17/2023 | | SYSTEM ENTRY – Docket Entry 60 restricted/sealed until further notice. (kpe) (Entered: 02/17/2023) |
| 02/17/2023 | | SYSTEM ENTRY – Docket Entry 61 restricted/sealed until further notice. (kpe) (Entered: 02/17/2023) |
| 02/17/2023 | | SYSTEM ENTRY – Docket Entry 62 restricted/sealed until further notice. (kpe) (Entered: 02/17/2023) |
| 02/17/2023 | 63 | RESPONSE to Motion by USA as to Alain Guerra–Padron re 58 Defendant's MOTION for Medical Exam Replies due by 2/24/2023. (O'Byrne, Hayden) (Entered: 02/17/2023) |
| 02/21/2023 | 64 | NOTICE OF SETTING HEARING ON MOTION in case as to Alain Guerra–Padron regarding 58 Defendant's MOTION for Medical Exam : Motion Hearing set for 2/28/2023 02:30 PM in Miami Division, Courtroom 12–4, before Judge Roy K. Altman. (jao) (Entered: 02/21/2023) |
| 02/28/2023 | 65 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Status Conference re Motion Hearing as to Alain Guerra–Padron held on 2/28/2023. The Defendant was not present. Total time in court: 30 minutes. Spanish Interpreter present. Attorney Appearance(s): Hayden Patrick O'Byrne, Zena Xiamara Duncan. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (jao) (Entered: 02/28/2023) |
| 02/28/2023 | 66 | PAPERLESS ORDER denying [ECF No. 59] the Defendant's Motion for Medical Exam for the reasons stated on the record at the status conference held on 2/28/2023. The Defendant may refile his Motion and email Chambers the Proposed Order by close of business on 3/1/2023. Signed by Judge Roy K. Altman on 2/28/2023. (jao). (Entered: 02/28/2023) |
| 02/28/2023 | 67 | Defendant's MOTION for Medical Exam *and Proposed Order* by Alain Guerra–Padron. Responses due by 3/14/2023 (Duncan, Zena) (Entered: 02/28/2023) |
| 03/02/2023 | 68 | ORDER granting 67 Motion for Competency Examination as to Alain Guerra–Padron (1). Signed by Judge Roy K. Altman on 3/1/2023. *See attached document for full details.* (drz) (Entered: 03/02/2023) |
| 03/07/2023 | 69 | FINAL Addendum 1 Disclosure of Presentence Investigation Report of Alain Guerra–Padron. This is a limited access document. Report access provided to attorneys Hayden Patrick O'Byrne, Katherine Guthrie, Peter A. Laserna, Michael Augustin, Zena Xiamara Duncan by USPO (Attachments: # 1 Addendum)(mpll) (Entered: 03/07/2023) |
| 03/08/2023 | | PAPERLESS NOTICE cancelling the Sentencing set for March 27, 2023, in light of our Order Granting the Motion for Competency Examination [ECF No. 68]. Mr. Guerra–Padron's sentencing is CONTINUED pending the outcome of his competency exam. (mg01) (Entered: 03/08/2023) |

11

| 04/17/2023 | 70 | AMENDED ORDER FOR COMPETENCY EXAMINATION as to Alain Guerra–Padron re 68 Order on Motion for Medical Exam. Signed by Judge Roy K. Altman on 4/17/2023. *See attached document for full details.* (drz) (Entered: 04/18/2023) |
| --- | --- | --- |
| 04/25/2023 | | SYSTEM ENTRY – Docket Entry 71 restricted/sealed until further notice. (kpe) (Entered: 04/25/2023) |
| 05/03/2023 | | SYSTEM ENTRY – Docket Entry 72 restricted/sealed until further notice. (amb) (Entered: 05/03/2023) |
| 05/03/2023 | 73 | NOTICE of Reassignment of Assistant US Attorney. Katherine Guthrie appearing for USA. Michael Augustin and Hayden Patrick O'Byrne terminated (Guthrie, Katherine) (Entered: 05/03/2023) |
| 05/10/2023 | | SYSTEM ENTRY – Docket Entry 74 restricted/sealed until further notice. (kpe) (Entered: 05/10/2023) |
| 05/12/2023 | | Set/Reset Deadlines/Hearings as to Alain Guerra–Padron: Arraignment set for 5/22/2023 at 02:00 PM in the Miami Division before MIA Duty Magistrate Judge. Initial Appearance set for 5/22/2023 at 02:00 PM in the Miami Division before MIA Duty Magistrate Judge. (fbn) (Entered: 05/12/2023) |
| 05/12/2023 | 75 | PAPERLESS NOTICE OF RESETTING SENTENCING HEARING as to Alain Guerra–Padron. Sentencing reset for 5/31/2023 at 11:00 AM in Miami Division before Judge Roy K. Altman. (jao) (Entered: 05/12/2023) |
| 05/19/2023 | | Terminate Deadlines and Hearings as to Alain Guerra–Padron re: Initial Appearance/Arraignment. (fbn) (Entered: 05/19/2023) |
| 05/26/2023 | | SYSTEM ENTRY – Docket Entry 76 restricted/sealed until further notice. (pes) (Entered: 05/26/2023) |
| 05/29/2023 | 77 | SENTENCING MEMORANDUM by Alain Guerra–Padron (Duncan, Zena) (Entered: 05/29/2023) |
| 05/30/2023 | 78 | SENTENCING MEMORANDUM by USA as to Alain Guerra–Padron (Guthrie, Katherine) (Entered: 05/30/2023) |
| 05/31/2023 | 79 | PAPERLESS Minute Entry for proceedings held before Judge Roy K. Altman: Sentencing held on 5/31/2023 as to Alain Guerra–Padron. The Defendant is imprisoned for a term of 12 months and 1 day as to each of Counts One and Two, to be served concurrently. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to each of Counts One and Two, to be served concurrently. It is further ordered that the defendant shall pay immediately to the United States a special assessment of $200. The Defendant is remanded to the Custody of the U.S.Marshals and is advised of his right to appeal. Total time in court: 30 minutes. Spanish Interpreter present. Attorney Appearance(s): Katherine Guthrie, Zena Xiamara Duncan,Hayden P. O'Byrne. Other Appearances: Kiara Harding. Court Reporter: Francine Salopek, 305–301–3276 / mjsfcs@aol.com. (jao) (Entered: 05/31/2023) |
| 05/31/2023 | 80 | JUDGMENT as to Alain Guerra–Padron (1), Count(s) 1, IMPRISONMENT: 12 Months and 1 Day. Followed by SUPERVISED RELEASE: 3 Years.; Count(s) 2, IMPRISONMENT: 12 Months and 1 Day (Concurrent with Count 1). Followed by SUPERVISED RELEASE: 3 Years (Concurrent with Count 1). Assessment: $200.00. |

| | | |
|---|---|---|
| | | Closing Case for Defendant. Signed by Judge Roy K. Altman on 5/31/2023. *See attached document for full details.* (amb) (Entered: 05/31/2023) |
| 05/31/2023 | 81 | NOTICE *ON FORFEITURE* by USA as to Alain Guerra–Padron (Laserna, Peter) (Entered: 05/31/2023) |
| 01/27/2026 | | SYSTEM ENTRY – Docket Entry 82 restricted/sealed until further notice. (jao) (Entered: 01/27/2026) |
| 01/27/2026 | | SYSTEM ENTRY – Docket Entry 83 restricted/sealed until further notice. (jao) (Entered: 01/27/2026) |

FILED by _____ **KS** _____ D.C.

**Mar 29, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **22-20120-CR-ALTMAN/REID**

18 U.S.C. § 1542
18 U.S.C. § 1015(e)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

ALAIN GUERRA-PADRON,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Statement in Passport Application
### (18 U.S.C. § 1542)

On or about May 2, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

### ALAIN GUERRA-PADRON,

did willfully and knowingly make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant represented that he was born in the United States, when in truth and in fact, and as the defendant then and there well knew, he was not born in the United States, in violation of Title 18, United States Code, Section 1542.

14

## COUNT 2
### Making a False Claim to United States Citizenship
### (18 U.S.C. § 1015(e))

On or about May 2, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

### ALAIN GUERRA-PADRON,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a Federal benefit, in that the defendant presented himself as a United States citizen, to induce and secure the issuance of a United States passport, in violation of Title 18, United States Code, Section 1015(e).

### FORFEITURE ALLEGATION

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALAIN GUERRA-PADRON**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 1542 and 1015(e), as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

a) any conveyance, including any vessel, vehicle, or aircraft used in the commission of such offense;

b) any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

c) Any property, real or personal, that used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6), and the procedures set forth

2

15

at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MICHAEL A. AUGUSTIN
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      .              CASE NO._____

v.

ALAIN GUERRA-PADRON,                    **CERTIFICATE OF TRIAL ATTORNEY\***

_____Defendant._____/              **Superseding Case Information:**

Court Division: (Select One)                  New defendant(s)  ☐ Yes  ☐ No
☑ Miami  ☐ Key West  ☐ FTL            Number of new defendants _____
☐ WPB  ☐ FTP                          Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,

   Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**_____

   List language and/or dialect _____

4. This case will take  **2-3**  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I     0 to 5 days          ☑              Petty              ☐
   II    6 to 10 days         ☐              Minor              ☐
   III   11 to 20 days        ☐              Misdemeanor        ☐
   IV    21 to 60 days        ☐              Felony             ☑
   V     61 days and over     ☐

6. Has this case previously been filed in this District Court? (Yes or No) **No**_____

   If yes: Judge _____ Case No. _____

   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No**_____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**_____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**_____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**_____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**_____

_____
Michael A. Augustin
Assistant United States Attorney
Court ID No.      A5502702

\*Penalty Sheet(s) attached                                              REV 3/19/21      17

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** ALAIN GUERRA-PADRON

**Case No:** _____

Count #: 1

False Statement in a Passport Application

Title 18, United States Code, Section 1542

**\* Max. Penalty:** 10 years' imprisonment

Count #: 2

Making a False Claim to United States Citizenship

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:** 5 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

18

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | §   **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| **v.** | § |
| | §   Case Number: **1:22-CR-20120-ALTMAN(1)** |
| **ALAIN GUERRA-PADRON** | §   USM Number: **07553-506** |
| | § |
| | §   Counsel for Defendant: **Zena Xiamara Duncan** |
| | § |
| | §   Counsel for United States: **Katherine Guthrie** |
| |          **Hayden P. O'Byrne** |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☒ | was found guilty on count(s) after a plea of not guilty | **One and Two of the Indictment.** |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 1542 - False Statement In The Application For A Passport | 05/02/2019 | 1 |
| 18 U.S.C. § 1015(e) - Making A False Claim To United States Citizenship | 05/02/2019 | 2 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

☐   Count(s) ☐ is   ☐ are dismissed on the motion of the United States

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 31, 2023
Date of Imposition of Judgment

_____
Signature of Judge

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

May 31, 2023
Date

19

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case

Judgment -- Page 2 of 7

DEFENDANT:        ALAIN GUERRA-PADRON
CASE NUMBER:      1:22-CR-20120-ALTMAN(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**12 months and 1 day as to each of Counts One and Two, to be served concurrently.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at                              ☐   a.m.      ☐   p.m.      on

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

20

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case

Judgment -- Page 3 of 7

DEFENDANT:          ALAIN GUERRA-PADRON
CASE NUMBER:        1:22-CR-20120-ALTMAN(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  **three (3) years as to each of Counts One and Two, to be served concurrently.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.  ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                                      Judgment -- Page 4 of 7

DEFENDANT:          ALAIN GUERRA-PADRON
CASE NUMBER:        1:22-CR-20120-ALTMAN(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.flsp.uscourts.gov.

Defendant's Signature _____        Date _____

Case 1:22-cr-20120-RKA   Document 84-1   Entered on FLSD Docket 02/24/2026   Page 23 of 25

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                                                Judgment -- Page 5 of 7

DEFENDANT:          ALAIN GUERRA-PADRON
CASE NUMBER:        1:22-CR-20120-ALTMAN(1)

# SPECIAL CONDITIONS OF SUPERVISION

**Cooperating with Immigration during Removal Proceedings:** The defendant shall cooperate in any removal proceedings initiated or pending by the U.S. Immigration and Customs Enforcement consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of probation, the defendant is to report to the nearest U.S. Probation Office within 72 hours of the defendant's arrival.

**Mental Health Treatment:** The defendant shall participate in an approved inpatient/outpatient mental health treatment program. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

**Permissible Search:** The defendant shall submit to a search of his/her person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**Surrendering to Immigration for Removal After Imprisonment:** At the completion of the defendant's term of imprisonment, the defendant shall be surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. If removed, the defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while the defendant is residing outside the United States. If the defendant reenters the United States within the term of supervised release, the defendant is to report to the nearest U.S. Probation Office within 72 hours of the defendant's arrival.

**Unpaid Restitution, Fines, or Special Assessments:** If the defendant has any unpaid amount of restitution, fines, or special assessments, the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                          Judgment -- Page 6 of 7

DEFENDANT:          ALAIN GUERRA-PADRON
CASE NUMBER:        1:22-CR-20120-ALTMAN(1)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $200.00 | $.00 | $.00 |  |  |

☐ The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

Restitution with Imprisonment - It is further ordered that the defendant shall pay restitution in the amount of $.00. During the period of incarceration, payment shall be made as follows: (1) if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 50% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case; (2) if the defendant does not work in a UNICOR job, then the defendant must pay a minimum of $25.00 per quarter toward the financial obligations imposed in this order. Upon release of incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the court may alter that payment schedule in the interests of justice. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay. These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. §2259.
\*\* Justice for Victims of Trafficking Act of 2015, 18 U.S.C. §3014.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. FLSD 2/20) Judgment in a Criminal Case                                                  Judgment -- Page 7 of 7

DEFENDANT:          ALAIN GUERRA-PADRON
CASE NUMBER:        1:22-CR-20120-ALTMAN(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    ☒    Lump sum payment of $200.00 due immediately.

**It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 1 and 2 , which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:**

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **400 NORTH MIAMI AVENUE, ROOM 8N09**
> **MIAMI, FLORIDA 33128-7716**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:
**FORFEITURE of the defendant's right, title and interest in certain property is hereby ordered consistent with the plea agreement.  The United States shall submit a proposed Order of Forfeiture within three days of this proceeding.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.